USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 0 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monice Smith,

                Plaintiff,

-v-

Long Island Railroad Company,

                Defendants.

19-cv-9519 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Initial Pretrial Conference in this matter is hereby ADJOURNED to April 21, 2020 at 1:30 P.M.

    SO ORDERED.

Dated: March 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge