UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monice Smith,

               Plaintiffs,

–v–

Long Island Rail Road,

               Defendants.

19-cv-9519 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/20

ALISON J. NATHAN, District Judge:

      Pursuant to the Case Management Plan in this matter, the parties were supposed to submit a letter no later than July 24, 2020 seeking a referral for purposes of settlement. Dkt. No. 14 at 3. The Court is not in receipt of this letter. The parties are directed to submit this joint letter no later than August 12, 2020.

      SO ORDERED.

Dated: August 7, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge