| | | |
|---|---|---|
| Jamaica Station<br>Jamaica, NY 11435-4380<br>718 558-8254 Tel<br>718 657-9047 Fax | Phillip Eng<br>President | Paige Graves<br>Vice President, General Counsel & Secretary |


**Long Island Rail Road**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2020
```

October 1, 2020

Magistrate Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

RE:   Smith v. LIRR
         19-CV-9519 (AJN)

Dear Judge Lehrburger:

     The defendant, with plaintiff's counsel's consent, requests the settlement conference scheduled for October 20, 2020 be adjourned. The current pandemic has noticeably slowed the process for seeking settlement authority and obtaining authority for settlement. In this instance, Presidential authority is likely going to be needed. This requires three levels of review and with mostly all things virtual these days, obtaining authority will take considerably more time than the currently scheduled conference allows for.

     In discussions with plaintiff's counsel, he is available on November 13th, 16th, 18th and 20th. Defendant is available only the 18th and the afternoon of the 20th.

     We respectfully request the settlement conference be adjourned to one of the two agreed upon dates afore-mentioned.

     Thank you in advance for your courtesy and understanding.

Yours etc.,
Paige Graves, Esq.
Vice-President, General Counsel & Secretary
By: _____
Thomas L. Chiofolo, Esq.

Granted on consent. My Deputy will schedule a new date and time.

SO ORDERED: _____

10/2/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE