```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Smith,

            Plaintiff,

    –v–

Long Island Rail Road Company,

           Defendant.

---

19-cv-9519 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received counsel's letter regarding the final pre-trial conference. The Court reschedules the conference from July 9, 2021 at 3:45 P.M..

    SO ORDERED.

Dated: February 11, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge